**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re NAPRELAN ANTITRUST LITIGATION | Case No. 02-CV-2095 and Case No. 02-CV-2896 |
| | **NOTICE OF CHANGE OF ADDRESS** |

TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective October 21, 2002, the address of Heins Mills & Olson, P.L.C. will change as follows:

**Heins Mills & Olson, P.L.C.**
**3550 IDS Center**
**80 South Eighth Street**
**Minneapolis, MN 55402**

The telephone and facsimile numbers will remain the same.  Telephone:  (612) 338-4605; Facsimile: (612) 338-4692

Dated:  October 23, 2002        HEINS MILLS & OLSON, P.L.C.

                Samuel D. Heins
                Daniel E. Gustafson
                3550 IDS Center
                80 South Eighth Street
                Minneapolis, MN  55402
                Telephone:  (612) 338-4605
                Facsimile: (612) 338-4692

                **Attorneys for Plaintiffs**

38932.1